MARY BURKE, Respondent, *v.* SYRACUSE AUTO RENTAL AND TAXICAB CORPORATION, Appellant, Impleaded with Another.

(Argued October 2, 1930; decided October 21, 1930.)

*Robert E. Dineen* for appellant.
*C. V. Byrne* and *Homer V. Walsh* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.